# United States Bankruptcy Court
## Eastern District of Kentucky

In re **Robert T Still**
**Darla K Still**

Debtor(s)

Case No. **10-22928**
Chapter **13**

# MOTION TO REOPEN

Robert T. Still and Darla K. Still, the Debtors herein, appear through counsel pursuant to the 11 USC 350 (b) and Bankruptcy Rule 5010 and pray the Court to reopen this case in order to file a Motion to Compel Home Comings Financial/GMAC/Dream Builders to release the lien on their property at 1030 Heritage Drive, Sparta, KY 41086. Debtors filed their Chapter 13 bankruptcy on October 31, 2010 wherein their property was crammed down in the Chapter 13 Plan and they received their Order of Discharge on November 13, 2015. The lien has still not been released. Numerous telephone calls have been made to Home Comings Financial/GMAC Mortgage and Dream Builders without success.

This Motion is being filed without notice of hearing because the Motion to Compel being filed is scheduled for May 16, 2017 and Debtors need the case opened in order for the hearing to be heard and no parties are adversely affected by this request.

This the 2nd day of May, 2017.

Respectfully submitted,

/s/ W. Ron Adams
W. Ron Adams, P.S.C. (KBA #82078)
488 Erlanger Road
Erlanger, KY 41018
859-727-4444

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Motion has this 2nd day of May, 2017 been served by electronic or U.S. regular mail upon the following:

US Trustee
Beverly Burden, Chapter 13 Trustee
All Creditors

Home Comings Financial
GMAC Mortgage
1100 Virginia Drive
Fort Washington, PA 19034

Dream Builders
30 Wall Street
6th Floor
New York, NY 10005

/s/ W. Ron Adams
W. RON ADAMS, PSC